# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | **CIVIL ACTION NO. 1:04-CV-1095** |
| **Plaintiff** : | **(Judge Conner)** |
| v. : | |
| **ROBERT W. BARNES and** : | |
| **CAROL A. BARNES-MOORE** : | |
| **Defendants** : | |

## ORDER

AND NOW, this 22nd day of November, 2005, it is hereby ORDERED that plaintiff's unopposed motion (Doc. 13) to confirm the August 30, 2005 United States Marshal sale of the foreclosed real property, located at 124 West Penn Street, Schuylkill Haven, Pennsylvania, is GRANTED. The United States Marshal is directed to execute and deliver to LAMAR B. KOSER, their successors and assigns, a good and sufficient deed, conveying all the right, title, and interest of ROBERT W. BARNES and CAROL A. BARNES-MOORE in and to the premises sold, located at 124 West Penn Street, Schuylkill Haven, Pennsylvania, 17972. Jurisdiction in the above-captioned matter is retained for such further orders or decrees as may be necessary.

　　　　　　　　　　　　　　　　　　　　S/ Christopher C. Conner
　　　　　　　　　　　　　　　　　　　　CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　　　　United States District Judge